**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONOVAN LAMONTE HALEY | NO. ED CV 18-0152-AG (E) |
| Plaintiff, | |
| v. | |
| CITY OF LONG BEACH, et al., | JUDGMENT |
| Defendants | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: June 29, 2018.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE